Certificate Number: 05781-MN-DE-041380939

Bankruptcy Case Number: 26-31953

05781-MN-DE-041380939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2026, at 11:31 o'clock AM PDT, Jonny Briones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: August 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President